UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SR. DEPUTY CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
DEPUTY CHIEF PROBATION OFFICER

December 16, 2015

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Stanley R. Chesler
Senior United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

RE: SANFORD, Curtis
Dkt. No. 14-00656-001
Notice of Noncompliance-Request for Written Reprimand

Dear Judge Chesler:

On January 21, 2005, the Honorable David Stewart Cercone, United States District Judge, Western District of Pennsylvania, sentenced the above-named offender to 150 months imprisonment followed by six years of supervised release for distribution of less than 5 grams of cocaine base. The offender was also ordered to pay a $200 special assessment, and abide by the following special conditions: 1) alcohol testing/treatment; 2) drug testing/treatment; 3) mental health treatment; 4) DNA collection. On September 7, 2014, the offender began his term of supervision. On November 17, 2014, jurisdiction was transferred to Your Honor.

As detailed in the attached petition, Sanford is considered to be in noncompliance with the conditions of supervision. If Your Honor agrees with our position and plan for addressing the noncompliance, please sign the petition as a formal written reprimand issued by the Court. If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned officer at 973-885-3968.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

/oc By: Jamel H. Dorsey
U.S. Probation Officer

jhd/
Attachment

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Curtis Sanford                                     Cr.: 14-00656-001
                                                                     PACTS #: 39506

Name of Sentencing Judicial Officer:   THE HONORABLE PETER G. SHERIDAN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/21/2005

Original Offense: DISTRIBUTION OF LESS THAN 5 GRAMS OF COCAINE BASE, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

Original Sentence: 150 months imprisonment, 72 months supervised release

Special Conditions: Special Assessment, Drug Treatment, Other Condition

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/07/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 20 and November 28, 2015, members of the Plainfield Police Department responded to the offender's residence to investigate complaints of domestic violence. |
| 2 | The offender failed to notify the probation office about the interaction with law enforcement on November 20, 2015. This office was made aware of the incident during a collateral telephone conversation with the victim on November 27, 2015. |

U.S. Probation Officer Action:
   While the probation office is discouraged by Sanford's actions, we are requesting an opportunity to address his noncompliance internally. The Probation Office will intensify supervision efforts to include increased office reporting and community contact with the offender. This office is recommending withholding Court action until there is a resolution.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 12/16/2015

Prob 12A – page 2
Curtis Sanford

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/22/15
Date